

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00415-CV

IN RE C.F.

§ Original Proceeding

§ On Appeal from

§ County Court at Law No. 1

§ of Parker County (CIV-09-0919)

§ May 1, 2019

§ Opinion by Justice Pittman

## JUDGMENT

This court conditionally grants mandamus relief in part. We hold the student-loan contempt finding, the primary-physician contempt finding, and the entire commitment order void; we modify the "Order Enforcing Child Support Order with Commitment Suspended" by striking those void provisions; we uphold the remaining contempt findings; and we deny Mother's requested mandamus relief in all other respects.

It is further ordered that real party in interest Father shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman